Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Middle__ District of __North Carolina__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   The Benefit Corner LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   1801 Stanley Road
   Number    Street

   Suite 118

   Greensboro          NC    27407
   City                State  ZIP Code

   Guilford
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City       State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **The Benefit Corner LLC**
Name

Case number (if known) _____

## 6. Debtor's website (URL) _____

## 7. Type of debtor

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

## 8. Type of debtor's business

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

## 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- [x] No
- [ ] Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

### Part 3:  Report About the Case

## 10. Venue

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

## 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

Debtor  The Benefit Corner LLC  
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Linda C. Dunlap | breach of contract | $ 10,000.00 |
| TBC & Associates, Inc. | breach of contract | $ 15,000.00 |
| Cben Enterprises, Inc. | breach of contract | $ 12,000.00 |
| | Total of petitioners' claims | $ 37,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Linda C. Dunlap  
Name

259 Putnam Church Road  
Number   Street

Carthage    NC    28327  
City        State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/27/16  
MM / DD / YYYY

X  /s/ Linda C. Dunlap  
Signature of petitioner or representative, including representative's title

### Attorneys

Gerald S. Schafer  
Printed name

_____  
Firm name, if any

220 Commerce Place  
Number   Street

Greensboro    NC    27401  
City        State   ZIP Code

Contact phone  336-273-9309   Email  geraldatty@bellsouth.net

Bar number  3873

State  NC

X  /s/ Gerald S. Schafer  
Signature of attorney

Date signed  09/27/2016  
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

| Debtor | The Benefit Corner LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

TBC & Associates, Inc.
Name

PO Box 802
Number   Street

Rockingham       NC       28380
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Tammy Bates
Name

PO Box 802
Number   Street

Rockingham       NC       28380
City             State    ZIP Code

Same as above
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City           State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/27/16
            MM / DD / YYYY

X *Tammy Bates* (signature)
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Chen Enterprises, Inc.
Name

117 N. Myrtle School Road, Suite 120
Number   Street

Gastonia         NC       28052
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Wayne Stephenson
Name

117 N. Myrtle School Road, Suite 120
Number   Street

Gastonia         NC       28052
City             State    ZIP Code

~~Same as above~~
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City           State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/27/16
            MM / DD / YYYY

X *Wayne Stephenson* (signature)
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4