FILED DEC 15'16 AM11:33 USBC-GBO

**Fill in this information to identify the case:**

Debtor name  The Benefit Corner, LLC_____

United States Bankruptcy Court for the: Middle District of North Carolina

Case number (If known):  16-11027 _____ (State)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*..................................................................................... | $ 47,044.15_____

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*................................................................................. | $ Unknown_____

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*.................................................................................... | $47,044.15____

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................................ | $ 365,594.50_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................................ | $ 0_____

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................................ | + $ 1,627,055.05_____

4. **Total liabilities**....................................................................................................
  Lines 2 + 3a + 3b | $ 1,992,649.55

**Fill in this information to identify the case:**

Debtor name  _The Benefit Corner, LLC_____  _____

United States Bankruptcy Court for the: MIDDLE District of North Carolina

(State)

Case number (If known):  16- 11027

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. Brooks  Pierce  Trust  Account_____  $20,452.16_____

   4.2. Trustee Everett Saslow_____  $19,045.33_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $39,497.49_____

---

**Part 2:**  **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Lease Deposit - Boyd II Greensboro _____  $7,546.66_____

   7.2. _____  $_____

---

| Debtor | The Benefit Corner, LLC | | Case number *(if known)* | 16-11027 |
|---|---|---|---|---|
| | Name | | | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____ $__0__

    8.2. _____ $__0__

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                    $ __7,546.66__

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.

    ❏ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    Unknown Insurance Commissions – _____ = ........➜    $__Unknown__
                                face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........➜    $_____
                             face amount                doubtful or uncollectible accounts

12. **Total of Part 3**                                                    $Unknown_____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ❏ Yes. Fill in the information below.

                                            **Valuation method**        **Current value of debtor's**
                                            **used for current value**    **interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                            % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**                                                    $_____

    Add lines 14 through 16. Copy the total to line 83.

---

16-11027

| Debtor | The Benefit Corner, LLC | | Case number (if known) | 16-11027 |
| | Name | | | |

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20.  **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21.  **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22.  **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.                                   $_____

24.  **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____    Valuation method_____    Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29.  **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

16- 11027

| Debtor | The Benefit Corner, LLC | Case number *(if known)* | 16- 11027 |
| | Name | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.
    
    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.
    
    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  The Benefit Corner, LLC _____  Case number (if known) 16-11027
         Name

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                          $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

16-11027

Debtor _____The Benefit Corner, LLC_____    Case number (if known)___16-11027_____

Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $Unknown | _____ | $___Unknown_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    | $___Unknown_____ |

Debtor   The Benefit Corner, LLC _____   Case number (if known) 16- 11027 _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  The Benefit Corner, LLC
       _____   Case number (if known)  16-11027
       Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $39,497.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,546.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $Unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column.............. 91a. | $ 47,044.15 | 91b. $ Unknown |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................   $ 47,044.15

**Fill in this information to identify the case:**

Debtor name  The Benefit Corner, LLC_____

United States Bankruptcy Court for the:  Middle District of North Carolina

Case number (If known):  16- 11027
_____ (State)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** Creditor's name
  Fox Capital_____

Describe debtor's property that is subject to a lien
  ___Insurance Commissions_____

$_70,273.00_____   $Unknown Future Commission

Creditor's mailing address
  _242 W. 36th Street 14th Floor_____
  _New York, NY 10018_____

Describe the lien
  __Access to the company checking account_____

Creditor's email address, if known
  _____

Is the creditor an insider or related party?
  ☐ No
  ☐ Yes

Date debt was incurred  11/30/15_____

Is anyone else liable on this claim?
  ☐ No
  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?
  ☐ No
  ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**2.2** Creditor's name
  _Forward Financing_____

Describe debtor's property that is subject to a lien
  Insurance Commissions_____ $45,321.50_____   $Unknown Commissions_

Creditor's mailing address
  36 Bromfield Street 2nd Floor _____
  Boston, MA 02108_____

Describe the lien
  ___Access to company checking account_____

Creditor's email address, if known
  _____

Is the creditor an insider or related party?
  ☐ No
  ☐ Yes

Date debt was incurred  12/10/15_____

Is anyone else liable on this claim?
  ☐ No
  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?
  ☐ No
  ☐ Yes. Have you already specified the relative priority?
      ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$365,594.50_____

**Fill in this information to identify the case:**

Debtor        The Benefit Corner, LLC_____

United States Bankruptcy Court for the: Middle  District of North Carolina
                                                                              (State)

Case number    16- 11027
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

As of the petition filing date, the claim is:  $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

As of the petition filing date, the claim is:  $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3** | Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

As of the petition filing date, the claim is:  $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___The Benefit Corner, LLC_____    Case number *(if known)*___16-11027___
     Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                    Total claim           Priority amount

**2._** Priority creditor's name and mailing address       $_____  $_____

    As of the petition filing date, the claim is:
    *Check all that apply.*
_____  ❑ Contingent
_____  ❑ Unliquidated
    ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  _____

Last 4 digits of account    Is the claim subject to offset?
number  __ __ __ __    ❑ No
    ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address       $_____  $_____

    As of the petition filing date, the claim is:
    *Check all that apply.*
_____  ❑ Contingent
_____  ❑ Unliquidated
    ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  _____

Last 4 digits of account    Is the claim subject to offset?
number  __ __ __ __    ❑ No
    ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address       $_____  $_____

    As of the petition filing date, the claim is:
    *Check all that apply.*
_____  ❑ Contingent
_____  ❑ Unliquidated
    ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  _____

Last 4 digits of account    Is the claim subject to offset?
number  __ __ __ __    ❑ No
    ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address       $_____  $_____

    As of the petition filing date, the claim is:
    *Check all that apply.*
_____  ❑ Contingent
_____  ❑ Unliquidated
    ❑ Disputed

Date or dates debt was incurred    Basis for the claim:
_____  _____

Last 4 digits of account    Is the claim subject to offset?
number  __ __ __ __    ❑ No
    ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

16-11027

| Debtor | The Benefit Corner, LLC | | Case number (if known) | 16-11027 |
|--------|--------------|--|---------|----------|
| | Name | | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address _

Brandon Adams_____

108 Tortuga Bay Dr_____

St Augustine FL 32092_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_40,000.00_____

Basis for the claim: _Loan_____ Is the

Date or dates debt was incurred ____7/22/16_____

claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

American Express_____

P.O. Box 1270_____

Newark, NJ 07101_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,631.33_____

Basis for the claim: __Credit Card_____

Date or dates debt was incurred ___4/16_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

American Express_____

P.O. Box 1270_____

Newark, NJ 07101_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,160.58_____

Basis for the claim: __Credit Card_____

Date or dates debt was incurred __7/16_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

Regina Atencio_____

420 Oak Meadow Lane_____

San Antonio, TX 78253_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,666.02_____

Basis for the claim: _Commissions Owed_____

Date or dates debt was incurred 7/15/16_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.5** Nonpriority creditor's name and mailing address

Amer Awad_____

224 A Bullsboro Drive_____

Newnan, GA 30263_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,090.00_____

Basis for the claim: Commissions Owed_____

Date or dates debt was incurred __7/15/16_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address _

Clyde Bailey_____

11703 Huebner Rd. #106-300

San Antonio TX 78230_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$425.84_____

Basis for the claim: _Commissions Owed_____

Date or dates debt was incurred 7/15/16_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page _3_ of _23_

Debtor    The Benefit Corner, LLC_____    Case number (if known) 16 - 11027
_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7** Nonpriority creditor's name and mailing address

Brian Barto_____

107 Massie Dr_____

_Winchester, VA 22602_____

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$3,888.17_____

---

**3.8** Nonpriority creditor's name and mailing address _

Danny Bates_____

123 Schultz Lane_____

_Rockingham, NC 28379_____

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$1,906.49_____

---

**3.9** Nonpriority creditor's name and mailing address

David Becker_____

2022 Live Oak Street_____

San Angelo, TX 76901_____

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$2,086.01_____

---

**3.10** Nonpriority creditor's name and mailing address ___

Vinit Bhatia_____

109 Bryce Meadow Dr._____ Holly

Springs, NC 27540_____

Date or dates debt was incurred     _7/15/16_____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$_58.51_____

---

**3.11** Nonpriority creditor's name and mailing address

Don Brashears_____

293 Seabrook Drive_____

Hilton Head, SC 29926_____

Date or dates debt was incurred     7/29/15_____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan_____

Is the claim subject to offset?
☐ No
☐ Yes

$22,500.00_____

---

16-11027

| Debtor | The Benefit Corner, LLC | | Case number (if known) | 6-11027 |
| | Name | | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address __

Bank of America,

P.O. Box 15019, Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Legal Services_____

$17,965.00_____

| Date or dates debt was incurred | 12/23/15_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

**3.13** Nonpriority creditor's name and mailing address

Brooks Pierce_____

PO Box 26032_____

Greensboro, NC 27420_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Legal Services_____

$153,618.20_____

| Date or dates debt was incurred | 12/23/15_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

**3.14** Nonpriority creditor's name and mailing address

Aman Chandrani

2156 34 St. South

St Petersburg, FL 33711

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

$759.80_____

| Date or dates debt was incurred | 7/15/16_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

**3.15** Nonpriority creditor's name and mailing address

Chase Bank,

P.O. Box 1423,

Charlotte, NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Credit Card_____

$21,838.00_____

| Date or dates debt was incurred | 4/16_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

**3.16** Nonpriority creditor's name and mailing address

Carl Curry

900 E Main St. Ste. A

Laurens   SC   29360

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

$2,548.07_____

| Date or dates debt was incurred | 7/15/16_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

**3.17** Nonpriority creditor's name and mailing address

Scott Curtis,

951 Ben Black Road,

Midland, NC 28107

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Loans_____

$240,000.00_____

| Date or dates debt was incurred | 9/1/15_____ | Is the claim subject to offset? |
| Last 4 digits of account number | __ __ __ __ | ☐ No ☐ Yes |

16-11027

| Debtor | The Benefit Corner, LLC_____ | Case number *(if known)*_____16-11027_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.18** Nonpriority creditor's name and mailing address

Paul Davis

2904 Halifax Rd.

South Boston          VA          24592

Date or dates debt was incurred          7/15/16_____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$ 908.48_____

---

**3.19** Nonpriority creditor's name and mailing address

Denise Davis

907 Oak Street

Jourdanton TX          78026

Date or dates debt was incurred          7/15/16_____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$730.29_____

---

**3.20** Nonpriority creditor's name and mailing address

Eulalio Diaz

121 W Main St Suite B

Uvalde          TX          78801

Date or dates debt was incurred          _7/15/16_____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$13,955.12_____

---

**3.21** Nonpriority creditor's name and mailing address

Ryan Dodson

3576 Summerfield Lane

Winston-Salem          NC          27106

Date or dates debt was incurred          _7/15/16_____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$2,969.74_____

---

**3.22** Nonpriority creditor's name and mailing address

Linda Dunlap

259 Putnam Church Rd.

Carthage NC 28327

Date or dates debt was incurred          7/15/16_____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$1,428.45_____

---

16-11027

| Debtor | The Benefit Corner, LLC | Case number (if known) | 16-11027 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.23 Nonpriority creditor's name and mailing address

Eric Elder

717 N Slappey Blvd. Ste. B

Albany    GA        31701

Date or dates debt was incurred   _7/15/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$3,030.26

### 3.24 Nonpriority creditor's name and mailing address

Deric Felts

1911 Pennsylvania Ave.

Kannapolis  NC         28083

Date or dates debt was incurred   _7/15/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,772.05

### 3.25 Nonpriority creditor's name and mailing address

Fulton Bank,

One Penn Square,

Lancaster, PA 1760_

Date or dates debt was incurred   _4/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit Card_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$16,503.00

### 3.26 Nonpriority creditor's name and mailing address

Catherine Garcia

12117 Armenia Gables Circle

Tampa FL 33612

Date or dates debt was incurred   _7/15/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,300.68

### 3.27 Nonpriority creditor's name and mailing address

Gail Graves

4411 Gate City Blvd #105

Greensboro NC        27407

Date or dates debt was incurred   _7/15/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,970.12

### 3.28 Nonpriority creditor's name and mailing address

Bill Griswold

2219 Boulevard

Colonial Heights    VA        23834

Date or dates debt was incurred   7/15/16_____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,011.20

16-11027

| Debtor | The Benefit Corner, LLC | Case number (if known) | 16-11027 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.30** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.31** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.32** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   The Benefit Corner, LLC_____        Case number (if known)_____
                Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                    Amount of claim

**3.29** Nonpriority creditor's name and mailing address

Michael Guerra,

3535 S Memorial Drive,

Greenville, NC 2783

Date or dates debt was incurred          11/20/15_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

_____ Is the claim subject to
☐ No
☐ Yes

$20,000.00_____

---

**3.30** Nonpriority creditor's name and mailing address

Michael Guerra,

3535 S Memorial Drive,

Greenville, NC 2783_

Date or dates debt was incurred          7/15/16_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$_14,039.91_____

---

**3.31** Nonpriority creditor's name and mailing address

Hawaiian Airlines Bank,

3375 Koapaka Street,

Honolulu, HI 96819

Date or dates debt was incurred          4/16_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card_____

Is the claim subject to offset?
☐ No
☐ Yes

$15,369.73_____

---

**3.32** Nonpriority creditor's name and mailing address

Ed Hepler

5073 Newpark Dr.

Acworth    GA        30101

Date or dates debt was incurred          7/15/16_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$726.26_____

---

**3.33** Nonpriority creditor's name and mailing address

Bill Hillman

1921 E Broad St.

Statesville  NC        28625

Date or dates debt was incurred          7/15/16_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$5,582.68_____

---

**3.34** Nonpriority creditor's name and mailing address

Michael Holmes

410 Woodway Forest

San Antonio     TX        78216

Date or dates debt was incurred          7/15/16_____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

Is the claim subject to offset?
☐ No
☐ Yes

$546.64_____

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 9 of 23

Debtor      _The Benefit Corner, LLC_____      Case number (if known)___16-11027____
             Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.35** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

16-11027

| Debtor | The Benefit Corner, LLC | Case number (if known) | 16-11027 |
|--------|-------------------------|------------------------|----------|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.35 Nonpriority creditor's name and mailing address**

Dakara Huffman

866 Tall Deer Drive

Fairburn   GA   30213

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Date or dates debt was incurred   7/15/16

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$1,576.51

**3.36 Nonpriority creditor's name and mailing address**

Jennifer Hursey

5020 Ferrell Pkwy #205-153

Virginia Beach   VA   23464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Date or dates debt was incurred   _7/15/16

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$636.00

**3.37 Nonpriority creditor's name and mailing address**

JC Squared,

7925 Black Cherry Court,

Harrisburg, NC 28075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   3/26/15

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$175,000.00

**3.38 Nonpriority creditor's name and mailing address**

Kabbage,

925B Peachtree Street NE #1688,

Atlanta, GA 30309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred   3/2/16

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$16,083.30

**3.39 Nonpriority creditor's name and mailing address**

Brian Kutayiah

188 Hempstead Ave

Lynbrook   NY   11563

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Date or dates debt was incurred   7/15/16

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$720.38

**3.40 Nonpriority creditor's name and mailing address**

Scott Kirk

1332 North Main St.

Fort Worth   TX   76164

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Date or dates debt was incurred   7/15/16

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$47,901.60

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 11 of 23

16-11027

| Debtor | The Benefit Corner, LLC | Case number *(if known)* | 16-11027 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.41

**Nonpriority creditor's name and mailing address**

Chris Landis

5620 Concord PKWY South Suite 203

Concord   NC      28027

Date or dates debt was incurred _____7/15/16_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$42,678.15_____

---

### 3.42

**Nonpriority creditor's name and mailing address**

Chris Landis, 5620 Concord Parkway South Suite 203,

Concord, NC 28027

Date or dates debt was incurred _____3/9/15_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$25,000.00_____

---

### 3.43

**Nonpriority creditor's name and mailing address**

Seung Lee

3921 Apache Trail

Antioch   TN      37013

Date or dates debt was incurred _____7/15/16_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_4,295.91_____

---

### 3.44

**Nonpriority creditor's name and mailing address**

Ralph Lowther

3396 Hwy. 101 N.

Rockmart   GA      30153

Date or dates debt was incurred _____7/15/16_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,037.80_____

---

### 3.45

**Nonpriority creditor's name and mailing address**

Meghan Martz

177 Poplar Drive

Morgantown WV      26505

Date or dates debt was incurred _____7/15/16_____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$483.20_____

---

16- 11027

Debtor    The Benefit Corner, LLC_____    Case number *(if known)* __16- 11027_____
   Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                             **Amount of claim**

**3.46 Nonpriority creditor's name and mailing address**

Teena Mermans

332 Tindal Rd.

Pelion    SC     29123

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$384.00_____

**3.47 Nonpriority creditor's name and mailing address**

Mike Morrell

4510 Sugartree Drive W

Lakeland    FL     33813

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$12,232.85_____

**3.48 Nonpriority creditor's name and mailing address**

Eugene Nadeau

6 Rock Island Circle

Wichita Falls    TX     76308

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$539.03_____

**3.49 Nonpriority creditor's name and mailing address**

Dean Norton

2532 Nashville HWY

Columbia    TN     38401

Date or dates debt was incurred     7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$540.00_____

**3.50 Nonpriority creditor's name and mailing address**

Steve Oaks,

63 Starboard Court,

Ridgeley, WV 26753

Date or dates debt was incurred     6/1/15_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$10,000.00_____

**3.51 Nonpriority creditor's name and mailing address**

Nicole Ossenfort

4161 Augusta Drive

Rapid City    SD     57703

Date or dates debt was incurred     _7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,353.42_____

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**        

16-11027

| Debtor | The Benefit Corner, LLC | | Case number (if known) | 16-11027 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.53** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.54** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.55** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.56** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

16-11027

| Debtor | The Benefit Corner, LLC | Case number (if known) |
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.52** Nonpriority creditor's name and mailing address

Joanna Parichkov

235 W Brandon Blvd #175

Brandon    FL    33511

Date or dates debt was incurred    7/15/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Is the claim subject to offset?
☐ No
☐ Yes

$1,587.23

---

**3.53** Nonpriority creditor's name and mailing address

PNC Bank,

300 Fifth Avenue, The Tower at PNC Plaza,

Pittsburgh, PA 1522

Date or dates debt was incurred    4/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset?
☐ No
☐ Yes

$7,776.22

---

**3.54** Nonpriority creditor's name and mailing address

Reed Prevatte

806 Granville Dr.

Winston-Salem    NC    27101

Date or dates debt was incurred    7/15/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Is the claim subject to offset?
☐ No
☐ Yes

$4,521.54

---

**3.55** Nonpriority creditor's name and mailing address

Dennis Pryor

391 S Wheeler

Jasper    TX    75951

Date or dates debt was incurred    7/15/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Is the claim subject to offset?
☐ No
☐ Yes

$58,673.11

---

**3.56** Nonpriority creditor's name and mailing address

Dennis Pryor

391 S Wheeler

Jasper    TX    75951

Date or dates debt was incurred    10/7/15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$100,000.00

---

**3.57** Nonpriority creditor's name and mailing address

K Redding

3801 Plank Road Suite B

Fredericksburg    VA    22407

Date or dates debt was incurred    7/15/16

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed

Is the claim subject to offset?
☐ No
☐ Yes

$359.60

---

Debtor  The Benefit Corner LLC    Case number (if known) 16-11027
Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.58**  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.59**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.60**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.61**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.62**  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

16-11027

| Debtor | The Benefit Corner, LLC_____ | Case number (if known) 16-11027 |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.58** Nonpriority creditor's name and mailing address

Carrolle Ryan
10733 Footprint Lane
Port Richey       FL       34668

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

$_1,979.54_____

Date or dates debt was incurred        7/15/16_____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address

David Schuck
2606 Phoenix Drive Suite 408
Greensboro       NC       27406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

$13,798.87_____

Date or dates debt was incurred        7/15/16_____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address

Smith Leonard,
4035 Premier Drive #300,
High Point, NC 27265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting Services_____

$35,000.00_____

Date or dates debt was incurred        6/29/16_____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.61** Nonpriority creditor's name and mailing address

Teresa Small,
695 Sleepy Hollow Road,
Midland, NC 28107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan_____

$50,000.00_____

Date or dates debt was incurred        5/14/15___
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.62** Nonpriority creditor's name and mailing address

Melanie Soles,
7 St. Augustine Square,
Greensboro, NC 27408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan_____

$200,000.00_____

Date or dates debt was incurred        12/18/15_____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.63** Nonpriority creditor's name and mailing address

Kay Gergel
7011 Edenderry Drive
Charlotte   NC       28270       39497.49

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Commissions Owed_____

$5,877.20_____

Date or dates debt was incurred        7/15/16_____
Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

16-11027

Debtor  The Benefit Corner, LLC_____    Case number (if known)_____16- 11027_____
       Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.64** | Nonpriority creditor's name and mailing address

Mary Stephenson

117 N. Myrtle School Road Suite 120

Gastonia  NC      28052

Date or dates debt was incurred      __7/15/16___

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$3,651.59_____

---

**3.65** | Nonpriority creditor's name and mailing address

Will Sumpter

3439 Spencer Heights Pl.

Lenoir    NC    28645

Date or dates debt was incurred      7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$812.41_____

---

**3.66** | Nonpriority creditor's name and mailing address

Karen Swicegood

256 Lakeview Road

Mocksville  NC    27028

Date or dates debt was incurred      7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,128.74_____

---

**3.67** | Nonpriority creditor's name and mailing address

Mike Thompson

4215 70th St. Cir E

Palmetto   FL    34221

Date or dates debt was incurred      7/15/16____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,104.64_____

---

**3.68** | Nonpriority creditor's name and mailing address

Jerel Tomasello

23110 State Road 54 #325

Lutz    FL    33549

Date or dates debt was incurred      __7/15/16_____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$86.94_____

---

16- 11027

Debtor    The Benefit Corner, LLC_____
          Name

Case number (if known)_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.69 Nonpriority creditor's name and mailing address

Sara VanGraefschepe

3130 Saint Bury Ct

Rapid City    SD    57703

| | |
|---|---|
| Date or dates debt was incurred | 7/15/16_____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$1,058.40_____

### 3.70 Nonpriority creditor's name and mailing address

Antonio and Susie Vargas,

60-63 Myrtle Ave,

Ridgewood, NY 11385

| | |
|---|---|
| Date or dates debt was incurred | 9/22/15_____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Loan_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$50,000.00_____

### 3.71 Nonpriority creditor's name and mailing address

Grace White

1532 Dittmer Circle SE.

Palm Bay    FL    32909

| | |
|---|---|
| Date or dates debt was incurred | 7/15/16_____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$3,299.95_____

### 3.72 Nonpriority creditor's name and mailing address

_____

_____

_____

| | |
|---|---|
| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

### 3.73 Nonpriority creditor's name and mailing address

Bryan Williams

97 Chestnut Oak Court

Front Royal VA    22630

| | |
|---|---|
| Date or dates debt was incurred | 7/15/16_____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$425.60_____

### 3.74 Nonpriority creditor's name and mailing address

Mark Williams

123 S. Herlong Ave.

Rock Hill    SC    29732

| | |
|---|---|
| Date or dates debt was incurred | 7/15/16_____ |
| Last 4 digits of account number | __ __ __ __ |

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Commissions Owed_____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$5,011.52_____

16- 11027

| Debtor | The Benefit Corner, LLC | | Case number (if known) | 16-11027 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.75** | Nonpriority creditor's name and mailing address

Mark Williams,

123 S Herlong Ave,

Rock Hill, SC 2973

| Date or dates debt was incurred | _6/29/15_____ |
| Last 4 digits of account number | ___ ___ ___ ___ |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Loan_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$90,000.00_____

---

**3.76** | Nonpriority creditor's name and mailing address

Chris Wulforst

476 Inman Road

Inman    SC    29349

| Date or dates debt was incurred | 7/15/16_____ |
| Last 4 digits of account number | ___ ___ ___ ___ |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commissions Owed_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$683.83_____

---

**3.77** | Nonpriority creditor's name and mailing address

_____
_____
_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | ___ ___ ___ ___ |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.78** | Nonpriority creditor's name and mailing address

_____
_____
_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | ___ ___ ___ ___ |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.79** | Nonpriority creditor's name and mailing address

_____
_____
_____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | ___ ___ ___ ___ |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor _The Benefit Corner, LLC_____  Case number (if known) _16-11027____

      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  The Benefit Corner, LLC                    Case number (if known)  16-11027
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 32 of 23

Debtor  The Benefit Corner, LLC
        _____
        Name

Case number (if known)  16- 11027
                        _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | | $_0_____ |
| 5b. Total claims from Part 2 | 5b. | + | $1,627,055.05_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $1,627,055.05_____ |

---

**Fill in this information to identify the case:**

Debtor name  The Benefit Corner, LLC

United States Bankruptcy Court for the: Middle District of  North Carolina

Case number (If known):  16-11027                    Chapter ____
                                                     (State)

---

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | __Office_Lease_____ ____ | Boyd Greensboro II GSA, LLC<br>500 W. Monroe St. Suite 3850<br>Chicago, IL 60661-3798 |
| | State the term remaining | _9/30/20_____ | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  The Benefit Corner, LLC

United States Bankruptcy Court for the: Middle District of North Carolina

Case number (If known):  16-11027                    (State)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Brandon C Adams_ | 108 Tortuga Bay Drive<br>St. Augustine, FL 32092 | Messer Financial<br>Melanie Soles<br>Forward Financial_____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 James R Hill Jr | 7 St Augustine Square<br>Greensboro, NC 27408 | _Messer Financial<br>Fox Capital<br>Melanie Soles | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 Scott T Curtis _ | 951 Ben Black Road<br>Midland, NC 28107 | Messer Financial | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 Jerry Todd Swicegood | 256 Lakeview<br>Mocksville, NC 27028 | Messer Financial | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    The Benefit Corner, LLC

United States Bankruptcy Court for the:    Middle      District of   NC
                                                       (State)

Case number (if known):    16-11027

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From   01/01/2016   to   Filing date<br>          MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 659,400.77 |
   | **For prior year:** | From   01/01/2015   to   12/31/2015<br>          MM / DD / YYYY       MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 1,028,622.36 |
   | **For the year before that:** | From   07/17/2014   to   12/31/2014<br>          MM / DD / YYYY       MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>   MM / DD / YYYY | _____ | $ 0 |
   | **For prior year:** | From _____ to _____<br>   MM / DD / YYYY    MM / DD / YYYY | _____ | $ 0 |
   | **For the year before that:** | From _____ to _____<br>   MM / DD / YYYY    MM / DD / YYYY | _____ | $ 0 |

---

Debtor   The Benefit Corner, LLC
_____
Name

Case number (if known) 16-11027
_____

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Fox Financial<br>Creditor's name<br>242 W. 36th Street 14th Floor<br>Street<br><br>New York, NY 10018<br>City   State   ZIP Code | Daily 6/2916-<br>7/29/16 | $ 14,279 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Kabbage<br>Creditor's name<br>925B Peachtree Street NE #1688<br>Street<br><br>Atlanta   GA<br>City   State   ZIP Code | | $ 7,166.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 6/30/16; 8/1/16 | | |

See Attached List of Additional Creditors

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Brandon Adams<br>Insider's name<br>108 Tortuga Bay Drive<br>Street<br><br>St Augustine   FL   32092<br>City   State   ZIP Code | 1/15/16-7/15/16<br><br>10/7/16-3/29/16<br><br>12/31/16-5/16/16 | $ 58,000.00<br><br>$38,500.00<br><br>$3,737.11 | Salary<br><br>Partners Guaranteed Payments<br><br>Expense Reimbursement |
| | Relationship to debtor<br>President & Co-Owner | | | |
| 4.2. | Scott Curtis<br>Insider's name<br>951 Ben Black Road<br>Street<br><br>Midland   NC   28107<br>City   State   ZIP Code | 6/1/15-7/29/16<br><br>11/16/15 | $ 20,000.00<br><br>$1,572.75 | Partners Guaranteed Payments<br><br>Expense Reimbursement |
| | Relationship to debtor<br>Co-Owner | | | |

See Attached List of Additional Payments or Transfers

Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| 3.3 | Forward Financing<br>36 Bromfield St.<br>Boston, MA 02108 | 6/29/16-7/29/16 | $11,078.54 | Loan Payments |
|---|---|---|---|---|
| 4.3 | James R Hill, Jr<br>7 St Augustine Square<br>Greensboro, NC 27408 | 9/29/15-9/29/16<br>3/31/16-7/15/16 | $185,160.70<br>$28,000.00 | Expense Reimbursements<br>Salary |
| 4.4 | Jerry Todd Swicegood<br>256 Lakeview<br>Mocksville, NC 27028 | 2/17/15-7/6/16<br>4/24/15-11/3/16 | $52,554.68<br>$42,500.00 | Commissions<br>Partner Guaranteed Payment |

Debtor  The Benefit Corner, LLC
_____
Name

Case number *(if known)*  16-11027
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Storr | Office Furniture | 8/31/2016 | $ 14,000 |
| | Creditor's name | | | |
| | 10800 World Trade Blvd | | | |
| | Street | | | |
| | Raleigh    NC    27617 | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

### Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |

Debtor ____The Bene fit Corner, LLC_____   Case number *(if known)* __16-11027__
       Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | Name |
| | Case number | |
| City         State     ZIP Code | | Street |
| | Date of order or assignment | |
| | | City         State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City         State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City         State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

---

Debtor    _The Benefit Corner, LLC_    Case number (if known) _16-11027_
Name

---

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $ _____ |
| | Address _____ | _____ | | |
| | Street _____ | | | |
| | City          State      ZIP Code _____ | | | |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $ _____ |
| | Address _____ | _____ | | |
| | Street _____ | | | |
| | City          State      ZIP Code _____ | | | |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| Trustee _____ | _____ | | |

---

Debtor _____The Benefit Corner, LLC_____    Case number (if known) __16 11027__
              Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street _____ | | | |
| | City            State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City            State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | | Dates of occupancy | | |
|---|---|---|---|---|---|---|---|
| 14.1. | Street | | | | From 7/1/2014 | To | 10/1/2015 |
| | 4411 Gate City Blvd  #105 | | | | | | |
| | Greensboro | NC | 27407 | | | | |
| | City | State | ZIP Code | | | | |
| 14.2. | Street | | | | From _____ | To | _____ |
| | _____ | | | | | | |
| | City | State | ZIP Code | | | | |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor _____The Benefit Corner, LLC_____     Case number (if known) __16- 11027__
        Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City   State   ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City   State   ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. __Insurance applications__

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

        Name of plan                                    Employer identification number of the plan

        _____     EIN: __ __ __ - __ __ __ __ __ __ __

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

Debtor    The Benefit Corner, LLC
          _____
          Name

Case number *(if known)*    16- 11027
                            _____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ / _____ / Address | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ / _____ / Address | _____ | ☐ No ☐ Yes |

---

Debtor    The Benefit Corner, LLC
          _____
          Name

Case number (if known)  16- 11027
                        _____

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| _____ City    State    ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ Name | _____ | ☐ Pending |
| Case number | _____ Street | _____ | ☐ On appeal |
| _____ | _____ City    State    ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | | |

---

Debtor    The Benefit Corner, LLC          Case number (if known)  16-11027
         _____
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____  To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____  To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____  To _____ |

Debtor    The Benefit Corner, LLC    Case number (if known) 16-11027
          _____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Tiffany Pulice | From 8/1/2015 To 8/15/2016 |
| Name 169 Mallard Landing Blvd | |
| Street | |
| Clemmons    NC    27012 | |
| City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Smith Leonard | From 6/11/15 To 8/15/16 |
| Name 4035 Premier Drive Suite 300 | |
| Street | |
| High Point    NC    27265 | |
| City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. James R Hill Jr | _____ |
| Name 7 St Augusthe Square | _____ |
| Street | _____ |
| Greensboro    NC    27408 | |
| City    State    ZIP Code | |

Debtor    The Benefit Corner, LLC    Case number (if known) 16-11027
_____Name_____

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|

26c.2.

Name _____    _____

Street _____    _____

_____    _____

City _____ State _____ ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

✊ None

**Name and address**

26d.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

**Name and address**

26d.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

✊ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

**Name and address of the person who has possession of inventory records**

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code

Debtor    The Benefit Corner, LLC                    Case number (if known) 16-11027
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brandon Adams | 108 Tortuga Bay Drive, St Augustine, FL 32092 | President & CEO | 18.25 |
| Scott Curtis | 951 Ben Black Road, Midland, NC 28107 | Director of Franchisees | 18.25 |
| James R Hill Jr | 7 St Augustine Square, Greensboro, NC 27408 | Chief Marketing Officer | 18.25 |
| Roy Messer | 4301 Morris Park Drive, Mint Hill , NC 28227 | Part Owner | 6 |
| William Rice | 4301 Morris Park Drive, Mint Hill, NC 28227 | Part Owner | 6 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jerry Todd Swicegood | 256 Lakeview, Mocksvile, NC 27028 | Chief Marketing Officer | From 7/14  To 12/15 |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name _____ | _____ | _____ | |
| Street _____ | | _____ | |
| City _____ State ____ ZIP Code ____ | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor _The Benefit Corner, LLC_    Case number (if known) _16-11027_
        Name

**Name and address of recipient**

30.2
Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/15/2016_
            MM / DD / YYYY

✗ _____    Printed name _James R Hill, Jr_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _Part Owner_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes