FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 16-11027   BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Date Filed (f) or Converted (c): | 09/27/16 (f) |
| | | 341(a) Meeting Date: | 01/09/17 |
| For Period Ending: | 12/31/17 | Claims Bar Date: | 03/29/17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. BROOKS PIERCE TRUST ACCOUNT<br>Certain commission checks received by debtor after mid August, 2016 | 20,452.16 | 20,452.16 | | 20,444.16 | FA | 0.00 | 0.00 |
| 2. TRUSTEE EVERETT SASLOW<br>The Debtor's Schedule B refers to the Trustee's receipt of certain commission checks on 12/8/2016. The deposits are linked by the Trustee to Property 4 (Accounts Receivable) below. Also see Form 2. | 19,045.33 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. LEASE DEPOSIT WITH BOYD II, GREENSBORO | 7,546.66 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. ACCOUNTS RECEIVABLE<br>Commissions from insurance companies | 0.00 | 85,000.00 | | 84,520.36 | 479.64 | 0.00 | 0.00 |
| 5. TAX REFUNDS (u) | 0.00 | 1,007.90 | | 1,049.55 | 0.00 | 0.00 | 0.00 |
| 6. MESSER FINANCIAL GROUP CLAIMS<br>Debtor's schedules listed property 6 and property 9 as a single asset. Such properties are separated by the Trustee upon Form 1. See Rule 9019 Motion to Approve Settlement filed 6/19/17 (Doc 35). | 0.00 | 245,000.00 | | 245,000.00 | FA | 0.00 | 0.00 |
| 7. PATENTS, TRADEMARKS, etc.<br>No value to estate. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 8. MISCELLANEOUS REFUNDS (u)<br>Rent overpayment GGP Nimbus | 0.00 | 0.00 | | 250.00 | 0.00 | 0.00 | 0.00 |
| 9. FOX CAPITAL GROUP CLAIMS<br>Debtor's schedules listed property 6 and property 9 as a single asset. Such properties are separated by the Trustee upon Form 1. The Trustee has presented preference avoidance claims with respect to certain payments, bank account levy, and UCC filing. See motion to approve settlement filed 7/28/17 Doc 48. | 0.00 | 30,000.00 | | 27,947.09 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $47,044.15 | $381,460.06 | | $379,211.16 | $479.64 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PFORM1EX

Ver: 20.00g

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 16-11027   BAK   Judge: BENJAMIN A. KAHN | Trustee Name:   EVERETT B. SASLOW, JR. |
| Case Name: THE BENEFIT CORNER, LLC | Date Filed (f) or Converted (c):   09/27/16 (f) |
| | 341(a) Meeting Date:   01/09/17 |
| | Claims Bar Date:   03/29/17 |

4th Interim Quarterly Report. The Trustee has entered into a Settlement Agreement with Messer Financial Group Inc., and the agreement was approved and closed out. The Trustee has received certain commissions from insurance carriers and will continue to administer such commissions. During the next calendar quarter the Trustee intends to proceed with certain preference demands.

3rd Interim Quarterly Report. The Trustee has received certain commissions from insurance carriers and will continue to administer such commissions. The Trustee has entered into a Settlement Agreement with Messer Financial Group Inc., and during the next calendar quarter the Trustee intends to proceed with the pending motion to approve settlement. The Trustee completed the settlement with Fox Capital Group to recover funds subject to levy and to avoid a late filed financing statement.

2nd Interim Quarterly Report. The Trustee has received certain commissions from insurance carriers and will continue to administer such commissions. The Trustee has entered into a Settlement Agreement with Messer Financial Group Inc., and during the next calendar quarter the Trustee intends to proceed with the pending motion to approve settlement. The Trustee has made demands upon certain parties to avoid as preferences the filing of certain UCC-1 financing statements, and two of those parties have terminated filed financing statements. The Trustee has negotiated with Fox Capital Group to recover funds subject to levy and to avoid a late filed financing statement, and during the next calendar quarter the trustee intends to pursue that proposed settlement or otherwise proceed with litigation.

1st Interim Quarterly Report. The Trustee has received certain commissions from insurance carriers and will continue to administer such commissions. The Trustee has communicated with Messer Financial Group, Inc. through counsel about documents requested for a possible Rule 2004 examination, and the parties have communicated about a possible amicable resolution of pending claims; and the trustee intends to continue doing so during the next calendar quarter. The Trustee has made demands upon certain parties to avoid as preferences certain payments and the filing of certain UCC-1 financing statements, and the trustee intends to pursue those demands during the next calendar quarter.

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 12/31/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 |  |  |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/16 | 4 | AETNA INC.<br>1425 UNION MEETING ROAD, U22N<br>PO BOX 1167<br>BLUE BELL, PA 19422-1919 | Insurance policy commissions payabl | 1121-000 | 16.00 | | 16.00 |
| 12/08/16 | 4 | HEATH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl | 1121-000 | 14,391.17 | | 14,407.17 |
| * 12/08/16 | | HEATH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl | 1121-003 | 14,391.17 | | 28,798.34 |
| * 12/08/16 | | HEATH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl<br>TCMS error. | 1121-003 | -14,391.17 | | 14,407.17 |
| 12/08/16 | 4 | MONTANA HEALTH CO-OP<br>P.O. BOX 5358<br>HELENA, MT 59604 | Insurance policy commissions payabl | 1121-000 | 50.00 | | 14,457.17 |
| 12/08/16 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 84.22 | | 14,541.39 |
| 12/08/16 | 4 | UNITEDHEALTHCARE<br>7440 WOODLAND DRIVE<br>INDIANAPOLIS, IN 46278 | Insurance policy commissions payabl | 1121-000 | 2,510.01 | | 17,051.40 |
| 12/08/16 | 4 | CENTENE MANAGEMENT COMPANY, LLC<br>MARKET PLACE BROKERAGE CASH DISBURSEMENT<br>7700 FORSYTH BLVD<br>ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 | 36.00 | | 17,087.40 |
| 12/08/16 | 4 | COLUMBIAN FINANCIAL GROUP<br>HSBC<br>ONE HSBC CENTER<br>BUFFALO, NY 14203 | Insurance policy commissions payabl | 1121-000 | 84.41 | | 17,171.81 |
| 12/08/16 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 41.68 | | 17,213.49 |
| 12/08/16 | 4 | BLUECROSS BLUESHIELD<br>OF SOUTH CAROLINA<br>1-20 @ APLINE ROAD | Insurance policy commissions payabl | 1121-000 | 266.00 | | 17,479.49 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******3664  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 |  |  |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | MC AX-234<br>COLUMBIA, SC 29219 |  |  |  |  |  |
| 12/08/16 | 4 | UNITEDHEALTHCARE<br>7440 WOODLAND DRIVE<br>INDIANAPOLIS, IN 46278 | Insurance policy commissions payabl | 1121-000 | 1,162.45 |  | 18,641.94 |
| 12/08/16 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 336.65 |  | 18,978.59 |
| 12/08/16 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 66.74 |  | 19,045.33 |
| 12/30/16 | 4 | AETNA INC.<br>1245 UNION MEETING ROAD, U22N<br>PO BOX 1167<br>BLUE BELL, PA 19422-1919 | Insurance policy commissions payabl | 1121-000 | 20.00 |  | 19,065.33 |
| 12/30/16 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 46.81 |  | 19,112.14 |
| 12/30/16 | 4 | IHC HEALTH SOLUTIONS<br>INDEPENDENCE HOLDING GROUP<br>AGENT - COMMISSION ACCOUNT<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 41.96 |  | 19,154.10 |
| 12/30/16 | 4 | HEALTH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl | 1121-000 | 13,312.54 |  | 32,466.64 |
| 12/30/16 | 4 | CIGNA HEALTH AND LIFE INS. CO. -<br>AGENCY<br>PO BOX 26580<br>AUSTIN, TX 78755-0580 | Insurance policy commissions payabl | 1121-000 | 140.51 |  | 32,607.15 |
| 01/03/17 | 5 | UNITED STATES TREASURY | IRS refund 6/2016 F-941 Ref | 1221-000 | 1,007.90 |  | 33,615.05 |
| 01/03/17 | 4 | MONTANA HEALTH CO-OP<br>P.O. BOX 5358<br>HELENA, MT 59604 | Insurance policy commissions payabl | 1121-000 | 70.00 |  | 33,685.05 |
| 01/03/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 101.22 |  | 33,786.27 |
| 01/06/17 | 4 | OPTIMAHEALTH | Insurance policy commissions payabl | 1121-000 | 882.00 |  | 34,668.27 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/06/17 | 4 | OPTIMAHEALTH | Insurance policy commissions payabl | 1121-000 | 351.00 | | 35,019.27 |
| 01/06/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>I-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 322.00 | | 35,341.27 |
| 01/06/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 50.95 | | 35,392.22 |
| 01/06/17 | 4 | COLUMBIAN FINANCIAL GROUP<br>COLUMBIAN LIFE INSURANCE COMPANY | Insurance policy commissions payabl | 1121-000 | 84.41 | | 35,476.63 |
| 01/06/17 | 4 | BANK OF NORTH CAROLINA | Proceeds from closing bank account | 1129-000 | 2,191.58 | | 37,668.21 |
| 01/10/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 443.03 | | 38,111.24 |
| 01/11/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 444.47 | | 38,555.71 |
| 01/12/17 | 4 | BAYLORSCOTT&WHITE HEALTH<br>3500 GASTON AVENUE<br>DALLAS, TX 75246 | Insurance policy commissions payabl | 1121-000 | 3,706.66 | | 42,262.37 |
| 01/16/17 | 4 | COLUMBIAN FINANCIAL GROUP | Insurance policy commissions payabl | 1121-000 | 84.41 | | 42,346.78 |
| 01/16/17 | 4 | CENTENE MANAGEMENT COMPANY, LLC<br>7700 FORSYTH BLVD<br>ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 | 84.00 | | 42,430.78 |
| 01/17/17 | 4 | ICH HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 47.02 | | 42,477.80 |
| 01/17/17 | 4 | CAREINGTON BENEFIT SOLUTIONS<br>7400 GAYLORD PARKWAY, THIRD FLOOR<br>FRISCO, TEXAS 75034 | Insurance policy commissions payabl | 1121-000 | 17.80 | | 42,495.60 |
| 01/17/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 90.57 | | 42,586.17 |
| * 01/18/17 | 4 | HEALTH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl | 1121-003 | 16,525.00 | | 59,111.17 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| * 01/18/17 | 4 | HEALTH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl<br>Incorrect amount | 1121-003 | -16,525.00 | | 42,586.17 |
| 01/18/17 | 4 | HEALTH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH<br>CHICAGO, ILLINOIS 60601-5099 | Insurance policy commisions payabl | 1121-000 | 16,525.35 | | 59,111.52 |
| 01/18/17 | 4 | TRANSAMERICA LIFE INSURANCE COMPANY<br>P.O. BOX 8063<br>1400 CENTERVIEW DRIVE<br>LITTLE ROCK, AR 72203 | Insurance policy commissions payabl | 1121-000 | 46.85 | | 59,158.37 |
| 01/25/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 158.03 | | 59,316.40 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 59,295.46 |
| 01/26/17 | 4 | AETNA INC.<br>PO BOX 1167<br>BLUE BELL, PA 19422-1919 | Insurance policy commissions payabl | 1121-000 | 4.00 | | 59,299.46 |
| 01/26/17 | 4 | UNITEDHEALTHCARE<br>7440 WOODLAND DRIVE<br>INDIANAPOLIS, IN 46278 | Insurance policy commissions payabl | 1121-000 | 930.94 | | 60,230.40 |
| 01/31/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 5.07 | | 60,235.47 |
| 01/31/17 | 4 | BLUECROSS BLUESHIELD OF ILLINOIS<br>P.O. BOX 7344<br>CHICAGO, IL 60680-7344 | Insurance policy commissions payabl | 1121-000 | 1,226.16 | | 61,461.63 |
| 01/31/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 331.51 | | 61,793.14 |
| 01/31/17 | 4 | ICH HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 44.16 | | 61,837.30 |
| 01/31/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>I-29 # ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 154.00 | | 61,991.30 |
| 02/03/17 | 4 | MONTANA HEALTH CO-OP | Insurance policy commissions payabl | 1121-000 | 30.00 | | 62,021.30 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 5358 HELENA, MT 59604 | | | | | |
| 02/07/17 | 4 | COLUMBIAN FINANCIAL GROUP HSBC ONE HSBC CENTER BUFFALO, NY 14203 | Insurance policy commissions payabl | 1121-000 | 84.41 | | 62,105.71 |
| 02/14/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC. P.O. BOX 1447 4333 EDGEWOOD ROAD NE CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 514.65 | | 62,620.36 |
| 02/17/17 | 4 | AETNA INC. 1425 UNION MEETING ROAD, U22N PO BOX 1167 BLUE BELL, PA 19422-1919 | Insurance policy commissions payabl | 1121-000 | 90.00 | | 62,710.36 |
| 02/22/17 | 4 | CENTENE MANAGEMENT COMPANY, LLC 7700 FORSYTH BLVD ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 | 60.00 | | 62,770.36 |
| 02/27/17 | 4 | BLUECROSS BLUESHIELD OF ILLINOIS P.O. BOX 7344 CHICAGO, IL 60680-7344 | Insurance policy commissions payabl | 1121-000 | 3,060.50 | | 65,830.86 |
| 02/27/17 | 4 | KAISER PERMANENTE KAISER FOUNDATION HEALTH PLAN INC. ACCOUNTS PAYABLE DEPARTMENT 75 N. FAIR OAKS AVENUE, 4TH FL PASADENA, CA 91103 | Insurance policy commissions payabl | 1121-000 | 200.00 | | 66,030.86 |
| 02/27/17 | 4 | HUMANA 1100 EMPLOYERS BLVD GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 159.72 | | 66,190.58 |
| 02/27/17 | 4 | HUMANA 1100 EMPLOYERS BLVD GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 214.24 | | 66,404.82 |
| 02/27/17 | 4 | JVANS AFFORDABLE CARE LLC 3130 SAINT BURY CT RAPID CITY, SD 57703-6459 | Insurance policy commissions payabl | 1121-000 | 140.60 | | 66,545.42 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 68.09 | 66,477.33 |
| 03/06/17 | 4 | ICH HEALTH SOLUTIONS | Insurance policy commissions payabl | 1121-000 | 31.47 | | 66,508.80 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11027 -BAK | | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3664  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | | |
| For Period Ending: | 12/31/17 | | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | INDEPENDENCE HOLDING GROUP AGENT - COMMISSION ACCOUNT P.O. BOX 35607 PHOENIX, AZ 85069-5607 | | | | | |
| 03/06/17 | 4 | ICH HEALTH SOLUTIONS INDEPENDENCE HOLDING GROUP AGENT - COMMISSION ACCOUNT P.O. BOX 35607 PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 66.15 | | 66,574.95 |
| 03/06/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC. P.O. BOX 1447 4333 EDGEWOOD ROAD NE CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 1,147.29 | | 67,722.24 |
| 03/08/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC. P.O. BOX 1447 4333 EDGEWOOD ROAD NE CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 526.73 | | 68,248.97 |
| 03/09/17 | 010001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LOUISIANA  70139 | Prorated premium Chapter 7 blanket bond # 016036434 | 2300-000 | | 38.91 | 68,210.06 |
| 03/10/17 | 4 | COLUMBIAN FINANCIAL GROUP HSBC ONE HSBC CENTER BUFFALO, NY 14203 | Insurance policy commissions payabl | 1121-000 | 84.41 | | 68,294.47 |
| 03/16/17 | 010002 | ROSEMARY A. LAMBERT, CPA, PA 10230 BERKELEY PLACE DR, STE 260 CHARLOTTE, NC 28262 | Compensation per invoice 9763 as flat fee for 2016 federal and state partnership income tax returns | 3410-000 | | 603.75 | 67,690.72 |
| 03/21/17 | 4 | CENTENE MANAGEMENT COMPANY, LLC 7700 FORSYTH BLVD ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 | 36.00 | | 67,726.72 |
| 03/21/17 | 4 | HUMANA 1100 EMPLOYERS BLVD GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 260.28 | | 67,987.00 |
| 03/21/17 | 4 | BLUECROSS BLUE SHIELD OF NORTH CAROLINA POST OFFICE BOX 2291 DURHAM, NORTH CAROLINA 27702 | Insurance policy commissions payabl | 1121-000 | 2,678.63 | | 70,665.63 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/17 | 4 | AETNA INC.<br>1425 UNION MEETING ROAD, U22N<br>PO BOX 1167<br>BLUE BELL, PA 19422-1919 | Insurance policy commissions payabl | 1121-000 | 30.00 | | 70,695.63 |
| 03/27/17 | 4 | BAYLOR SCOTT & WHITE HEALTH<br>3500 GASTON AVENUE<br>DALLAS, TX 75246 | Insurance policy commissions payabl | 1121-000 | 215.38 | | 70,911.01 |
| 03/27/17 | 4 | BLUECROSS BLUESHIELD OF ILLINOIS<br>P.O. BOX 7344<br>CHICAGO, IL 60680-7344 | Insurance policy commissions payabl | 1121-000 | 194.94 | | 71,105.95 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 83.91 | 71,022.04 |
| 03/28/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 161.08 | | 71,183.12 |
| 03/28/17 | 8 | GGP NIMBUS LP<br>FOUR SEASONS TOWN CENTRE<br>410 FOUR SEASONS TOWN CENTRE<br>GREENSBORO NC 27427 | Refund of rent overpayment | 1290-000 | 250.00 | | 71,433.12 |
| 04/04/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 45.33 | | 71,478.45 |
| 04/11/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC.<br>P.O. BOX 1447<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 854.81 | | 72,333.26 |
| 04/11/17 | 4 | CENTENE MANAGEMENT COMPANY, LLC<br>7700 FORSYTH BLVD<br>ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 | 48.00 | | 72,381.26 |
| 04/12/17 | 5 | UNITED STATES TREASURY | Tax refund 9/2016 F-941 Ref. 65 | 1224-000 | 41.65 | | 72,422.91 |
| 04/13/17 | 4 | COLUMBIAN FINANCIAL GROUP | Insurance policy commissions payabl | 1121-000 | 84.41 | | 72,507.32 |
| 04/24/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 141.67 | | 72,648.99 |
| 04/24/17 | 4 | HEALTH CARE SERVICE CORPORATION<br>300 EAST RANDOLPH | Insurance policy commissions payabl | 1121-000 | 26.68 | | 72,675.67 |

| Case No: | 16-11027 -BAK | | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | | |
| For Period Ending: | 12/31/17 | | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, ILLINOIS 60601-5099 | | | | | |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 102.46 | 72,573.21 |
| 04/28/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA 1-20 @ ALPINE ROAD, MC AX-234 COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 336.00 | | 72,909.21 |
| 04/28/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA 1-20 @ ALPINE ROAD, MC AX-234 COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 294.00 | | 73,203.21 |
| 04/28/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA 1-20 @ ALPINE ROAD, MC AX-234 COLUMBIA, SC 29219 | Insurance policy commisions payabl | 1121-000 | 336.00 | | 73,539.21 |
| 05/01/17 | 4 | ICH HEALTH SOLUTIONS P.O. BOX 35607 PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 52.53 | | 73,591.74 |
| 05/04/17 | 4 | HEALTH FIRST 3300 FISKE BLVD. ROCKLEDGE, FL 32955 | Insurance policy commissions payabl | 1121-000 | 1,657.08 | | 75,248.82 |
| 05/05/17 | 4 | UNITEDHEALTHCARE 7440 WOODLAND DRIVE INDIANAPOLIS, IN 46278 | Insurance policy commissions payabl | 1121-000 | 110.78 | | 75,359.60 |
| 05/05/17 | 4 | TRANSAMERICA AGENCY NETWORK P.O. BOX 1447 4333 EDGEWOOD ROAD NE CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 750.49 | | 76,110.09 |
| 05/08/17 | 4 | BLUECROSS BLUESHIELD OF NORTH CAROLINA POST OFFICE BOX 2291 DURHAM, NORTH CAROLINA 27702 | Insurance policy commissions payabl | 1121-000 | 36.84 | | 76,146.93 |
| 05/08/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA I-20 @ ALPINE ROAD, MC AX-234 COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 126.00 | | 76,272.93 |
| 05/08/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE 1 CAMERON HIL CIRCLE CHATTANOOGA, TENNESSEE 37402 | Insurance policy commissions payabl | 1121-000 | 9.00 | | 76,281.93 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/15/17 | 4 | COLUMBIAN FINANCIAL GROUP HSBC ONE HSBC CENTER BUFFALO, NY 14203 | Insurance policy commissions payabl | 1121-000 / 84.41 | | 76,366.34 |
| 05/15/17 | 4 | CENTENE MANAGEMENT COMPANY, LLC 7700 FORSYTH BLVD ST. LOUIS, MO 63105 | Insurance policy commissions payabl | 1121-000 / 36.00 | | 76,402.34 |
| 05/15/17 | 4 | CAREINGTON BENEFIT SOLUTIONS 7400 GAYLORD PARKWAY, THIRD FLOOR FRISCO, TEXAS 75034 | Insurance policy commissions payabl | 1121-000 / 27.38 | | 76,429.72 |
| 05/23/17 | 4 | IHC HEALTH SOLUTIONS P.O. BOX 35607 PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 / 31.47 | | 76,461.19 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 / | 103.75 | 76,357.44 |
| 05/31/17 | 4 | HUMANA 1100 EMPLOYERS BLVD GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 / 141.67 | | 76,499.11 |
| 05/31/17 | 4 | HEALTH CARE SERVICE CORPORATION 300 EAST RANDOLPH CHICAGO, ILLINOIS 60601-5099 | Insurance policy commissions payabl | 1121-000 / 137.92 | | 76,637.03 |
| 05/31/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 / 27.06 | | 76,664.09 |
| 05/31/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 / 28.44 | | 76,692.53 |
| 06/02/17 | 4 | CIGNA CG INDIVIDUAL TAX EBNEFITS PAYMENT, INC 900 COTTAGE GROVE ROAD HARTFORD, CT 06152 | Insurance policy commissions payabl | 1121-000 / 70.41 | | 76,762.94 |
| 06/05/17 | 4 | ICH HEALTH SOLUTIONS P.O. BOX 35607 PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 / 56.37 | | 76,819.31 |
| 06/07/17 | 4 | UNITEDHEALTHCARE 7440 WOODLAND DRIVE INDIANAPOLIS, IN 46278 | Insurance policy commissions payabl | 1121-000 / 280.23 | | 77,099.54 |
| 06/09/17 | 4 | COLUMBIAN FINANCIAL GROUP HSBC ONE HSBC CENTER | Insurance policy commissions payabl | 1121-000 / 84.41 | | 77,183.95 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BUFFALO, NY 14203 | | | | | |
| 06/15/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>1-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 280.00 | | 77,463.95 |
| 06/19/17 | 010003 | CLERK, US BANKRUPTCY COURT<br>POST OFFICE BOX 26100<br>GREENSBORO, NC 27420-6100 | Court costs filing fee | 2700-000 | | 176.00 | 77,287.95 |
| 06/19/17 | 010004 | ALL STAR COPYING AND PRINTING<br>101 S. ELM STREET<br>SUITE 30<br>GREENSBORO, NC 27401 | Costs to copy Motion | 2990-000 | | 406.88 | 76,881.07 |
| 06/19/17 | 010005 | CLERK, US BANKRUPTCY COURT<br>POST OFFICE BOX 26100<br>GREENSBORO, NC 27420-6100 | Court costs filing fee | 2700-000 | | 5.00 | 76,876.07 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.78 | 76,763.29 |
| 06/28/17 | 4 | BLUECROSS BLUESHIELD OF ILLINOIS<br>P.O. BOX 7344<br>CHICAGO, IL 60680-7344 | Insurance policy commissions payabl | 1121-000 | 1,321.11 | | 78,084.40 |
| 06/29/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 141.67 | | 78,226.07 |
| 07/05/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 5.88 | | 78,231.95 |
| 07/11/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>1-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 154.00 | | 78,385.95 |
| 07/11/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC.<br>P.O. BOX 1447<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 615.87 | | 79,001.82 |
| 07/12/17 | 4 | COLUMBIAN FINANCIAL GROUP | Insurance policy commissions payabl | 1121-000 | 84.41 | | 79,086.23 |
| 07/12/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607 | Insurance policy commissions payabl | 1121-000 | 48.82 | | 79,135.05 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PHOENIX, AZ 85067-5607 | | | | | |
| 07/17/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE | Insurance policy commissions payabl | 1121-000 | 45.00 | | 79,180.05 |
| 07/17/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE | Insurance policy commissions payabl | 1121-000 | 54.00 | | 79,234.05 |
| 07/24/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE | Insurance policy commissions payabl | 1121-000 | 18.00 | | 79,252.05 |
| 07/24/17 | 4 | IHC HEALTH SOLUTIONS<br>MADISON NATIONAL LIFE INSURANCE COMPANY<br>P.O. BOX 43770<br>PHOENIX, AZ 85080 | Insurance policy commissions payabl | 1121-000 | 30.38 | | 79,282.43 |
| 07/24/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD.<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 141.67 | | 79,424.10 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.88 | 79,313.22 |
| 08/01/17 | 4 | ICH HEALTH SOLUTIONS<br>MADISON NATIONAL LIFE INSURANCE COMPANY<br>COMMISSION ACCOUNT<br>P.O. BOX 43770<br>PHOENIX, AZ 85080 | Insurance policy commissions payabl | 1121-000 | 32.92 | | 79,346.14 |
| 08/01/17 | 4 | ICH HEALTH SOLUTIONS<br>MADISON NATIONAL LIFE INSURANCE COMPANY<br>COMMISSION ACCOUNT<br>P.O. BOX 43770<br>PHOENIX, AZ 85080 | Insurance policy commissions payabl | 1121-000 | 48.82 | | 79,394.96 |
| 08/08/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE | Insurance policy commissions payabl | 1121-000 | 9.00 | | 79,403.96 |
| 08/15/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>1-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 168.00 | | 79,571.96 |
| 08/15/17 | 010006 | ALL STAR COPYING AND PRINTING<br>101 S. ELM STREET<br>SUITE 30<br>GREENSBORO, NC 27401 | Costs to copy exhibits for hearing on Rule 9019 Motion Doc 35 filed June 19, 2017 (8 copies of 10 exhibits) | 2990-000 | | 110.85 | 79,461.11 |
| 08/21/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 55.50 | | 79,516.61 |
| 08/21/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 34.18 | | 79,550.79 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 12

| | |
|---|---|
| Case No: | 16-11027 -BAK |
| Case Name: | THE BENEFIT CORNER, LLC |
| Taxpayer ID No: | *******3491 |
| For Period Ending: | 12/31/17 |

| | |
|---|---|
| Trustee Name: | EVERETT B. SASLOW, JR. |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 2,500,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/21/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 28.51 | | 79,579.30 |
| 08/21/17 | 4 | CIGNA | Insurance policy commissions payabl | 1121-000 | 41.97 | | 79,621.27 |
| 08/25/17 | 4 | ICH HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 31.47 | | 79,652.74 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 117.23 | 79,535.51 |
| 08/28/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 141.67 | | 79,677.18 |
| 08/30/17 | 9 | FOX CAPITAL GROUP | Settlement Payment to restore prefe | 1141-000 | 27,947.09 | | 107,624.27 |
| 08/31/17 | 4 | ANTHEM BLUE CROSS BLUE SHIELD<br>3075 VANDERCAR WAY<br>AP OH3403-A300<br>CINCINNATI, OH 45209 | Insurance policy commissions payabl | 1121-000 | 92.34 | | 107,716.61 |
| 09/07/17 | 1 | BROOKS. PIERCE, MCLENDON,<br>HUMPRHEY & LEONARD, LLP<br>P.O. BOX 26000<br>GREENSBORO, NC 27420 | Insurance policy commissions delive | 1129-000 | 20,444.16 | | 128,160.77 |
| 09/07/17 | 4 | HUMANA<br>1100 EMPLOYERS BLVD<br>GREEN BAY, WI 54344 | Insurance policy commissions payabl | 1121-000 | 107.25 | | 128,268.02 |
| 09/07/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 48.82 | | 128,316.84 |
| 09/12/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE | Insurance policy commissions payabl | 1121-000 | 45.00 | | 128,361.84 |
| 09/12/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>1-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 154.00 | | 128,515.84 |
| 09/15/17 | 4 | ANTHEM<br>PO BOX 7368/GA08 3E-0014<br>COLUMBUS, GA 31908-7368 | Insurance policy commissions payabl | 1121-000 | 1,446.34 | | 129,962.18 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 118.14 | 129,844.04 |
| 10/02/17 | 4 | IHC HEALTH SOLUTIONS | Insurance policy commissions payabl | 1121-000 | 49.35 | | 129,893.39 |

PFORM2T4

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | | | | | |
| 10/09/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TN 37402 | Insurance policy commissions payabl | 1121-000 | 27.00 | | 129,920.39 |
| 10/09/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>I-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 154.00 | | 130,074.39 |
| 10/09/17 | 4 | TRANSAMERICA AGENCY NETWORK, INC.<br>P.O. BOX 1447<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499 | Insurance policy commissions payabl | 1121-000 | 607.11 | | 130,681.50 |
| 10/16/17 | 4 | ANTHEM<br>PO BOX 7368 / GA083E - 0014<br>COLUMBUS, GA 31908-7368 | Insurance policy commisions payabl | 1121-000 | 280.34 | | 130,961.84 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 178.69 | 130,783.15 |
| 10/30/17 | 6 | MESSER FINANCIAL GROUP | Settlement payment | 1149-000 | 245,000.00 | | 375,783.15 |
| 11/03/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TENNESSEE 37402 | Insurance policy commissions payabl | 1121-000 | 9.00 | | 375,792.15 |
| 11/06/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 42.94 | | 375,835.09 |
| 11/10/17 | 4 | ANTHEM<br>PO BOX 7368 / GA083E-0014<br>COLUMBUS, GA 31908-7368 | Insurance policy commissions payabl | 1121-000 | 226.34 | | 376,061.43 |
| 11/16/17 | 4 | CAREINGTON BENEFIT SOLUTIONS<br>7400 GAYLORD PARKWAY, THIRD FLOOR<br>FRISCO, TEXAS 75034 | Insurance policy commissions payabl | 1121-000 | 27.72 | | 376,089.15 |
| 11/27/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 31.47 | | 376,120.62 |
| 11/27/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>I-20 @ ALPINE ROAD, MC AX-234 | Insurance policy commissions payabl | 1121-000 | 70.00 | | 376,190.62 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-11027 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | THE BENEFIT CORNER, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3491 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COLUMBIA, SC 29219 | | | | | |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 252.72 | 375,937.90 |
| 12/05/17 | 4 | IHC HEALTH SOLUTIONS<br>P.O. BOX 35607<br>PHOENIX, AZ 85069-5607 | Insurance policy commissions payabl | 1121-000 | 42.94 | | 375,980.84 |
| 12/11/17 | 4 | BLUECROSS BLUESHIELD OF SOUTH CAROLINA<br>I-20 @ ALPINE ROAD, MC AX-234<br>COLUMBIA, SC 29219 | Insurance policy commissions payabl | 1121-000 | 238.00 | | 376,218.84 |
| 12/11/17 | 4 | BLUECROSS BLUESHIELD OF TENNESSEE<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TENNESSEE 37402 | Insurance policy commissions payabl | 1121-000 | 45.00 | | 376,263.84 |
| 12/12/17 | 4 | ANTHEM<br>PO BOX 7368 / GA083E-0014<br>COLUMBUS, GA 31908-7368 | Insurance policy commissions payabl | 1121-000 | 336.34 | | 376,600.18 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 540.75 | 376,059.43 |

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******3664 | 147 | Deposits | 379,211.16 | 6 | Checks | 1,341.39 |
| | 0 | Interest Postings | 0.00 | 12 | Adjustments Out | 1,810.34 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 379,211.16 | | | |
| | | | | | Total | $ 3,151.73 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 379,211.16 | | | |

Trustee's Signature: /s/ EVERETT B. SASLOW, JR. Date: 01/11/18
EVERETT B. SASLOW, JR.

PFORM2T4

Ver: 20.00g